**MCI WORLDCOM COMMUNICATIONS, INC., and MCI Metro Access Transmission Services, L.L.C., Respondents,**

v.

**PUBLIC UTILITY COMMISSION, Petitioner,**

**Verizion Pennsylvania, Inc., Intervenor.**

Supreme Court of Pennsylvania.

April 26, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 26th day of April, 2004, the Petition for Allowance of Appeal is hereby granted, and the case is remanded to the Commonwealth Court for consideration of this Court's decision in *MCI Worldcom, Inc. v. Pennsylvania Pub. Util. Comm'n,* 844 A.2d 1239 (2004).